■ NEW YORK HEARING AID DEALERS GUILD, INC., et al., Appellants, v JOHN STOSSEL et al., Respondents.—Resettled judgment, Supreme Court, New York County, entered on January 27, 1978, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term. Respondents shall recover of appellants $60 costs and disbursements of this appeal. Appeal

from order of said court entered on October 14, 1977 unanimously dismissed, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Fein, Markewich and Yesawich, JJ.